PHILLIP A. TALBERT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTIAN CEJA,<br><br>Defendant. | CASE NO. 2:24-CR-00087-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 8, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 8, 2024. Time was excluded through October 8, 2024 under Local Code T4. ECF 15.

2. By this stipulation, defendant now moves to continue the status conference until October 22, 2024, and to exclude time between **October 8, 2024**, and **October 22, 2024**, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 1,926 pages of documents (including approximately 1210 pages of documents covered by the parties' stipulated protective order); several electronic devices, including 3 cellular phones and a

computer; and voluminous electronic records from social media, email, and iCloud accounts.

   b)  Since the parties' previous stipulation, the government has produced additional discovery in the form of approximately 126 hours of the defendant's jail calls. The government has also provided a proposed plea offer.

   c)  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery is forthcoming as the investigation continues.

   d)  Defense counsel has represented that the defendant is currently housed in Butte County. Counsel for defendant therefore is required to travel in order to meet with her client to discuss the case and review discovery.

   e)  Counsel for defendant desires additional time consult with her client, review the current charges, conduct investigation and research related to the charges, review and copy discovery for this matter, discuss the government's plea offer and potential resolutions with her client, and to otherwise prepare for trial.

   f)  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   g)  The government does not object to the continuance.

   h)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   i)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2024 to October 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 1, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: October 1, 2024

/s/ LINDA HARTER
LINDA HARTER
Counsel for Defendant
Cristian Ceja

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 1, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE