1  MICHELE BECKWITH
Acting United States Attorney
2  SHEA J. KENNY
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:24-cr-00087-JAM

12                         Plaintiff,

13           v.                              **FINAL ORDER OF FORFEITURE**

14  CRISTIAN CEJA,

15                         Defendant.

16

17         On January 29, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the

18  provisions of 18 U.S.C. § 2428(b), based upon the plea agreement entered into between plaintiff and

19  defendant Cristian Ceja forfeiting to the United States the following property:

20         a.    TCL 30 Z cellular phone, IMEI number: 016439000327645, and
           b.    Dell computer.
21

22         Beginning on January 31, 2025, for at least 30 consecutive days, the United States published

23  notice of the Court's Order of Forfeiture on the official internet government forfeiture site

24  www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court

25  within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

26  validity of their alleged legal interest in the forfeited property.

27         The Court has been advised that no third party has filed a claim to the subject property, and the

28  time for any person or entity to file a claim has expired.

                                          1

                                                          Final Order of Forfeiture

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(b), including all right, title, and interest of Cristian Ceja.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: June 10, 2025

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2

Final Order of Forfeiture